1  Lionel Z. Glancy (SBN 134180)
2  Lesley F. Portnoy (SBN 304851)
   **GLANCY PRONGAY & MURRAY LLP**
3  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5  Email: lglancy@glancylaw.com
          info@glancylaw.com
6
   [Additional Counsel on Signature Page]
7
   *Attorneys for Plaintiff Nick Cohenmeyer*
8

9
                **UNITED STATES DISTRICT COURT**
10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12 NICK COHENMEYER, Individually and on        Case No. 5:18-cv-01492-BLF
   Behalf of All Others Similarly Situated,
13
                        Plaintiff,
14
           v.                                  **NOTICE OF VOLUNTARY**
15                                             **DISMISSAL**
   BLACKHAWK NETWORK HOLDINGS, INC.,
16 ANIL D. AGGARWAL, RICHARD H. BARD,
   THOMAS BARNDS, STEVEN A. BURD,
17 ROBERT L. EDWARDS, MOHAN GYANI,
   PAUL HAZEN, ROBERT B. HENSKE,
18 TALBOTT ROCHE, ARUN SARIN, WILLIAM
   Y. TAUSCHER, and JANE J. THOMPSON,
19
                        Defendants.
20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL                              Case No. 5:18-cv-01492-BLF

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Nick Cohenmeyer ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action.  Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: May 1, 2018                          **GLANCY PRONGAY & MURRAY LLP**


By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email: lglancy@glancylaw.com

**WOLF POPPER LLP**
Carl L. Stine
845 Third Avenue
New York, New York 10022
Tel.:  212-759-4600
Fax:  212-486-2093
Email: cstine@wolfpopper.com

*Attorneys for Plaintiff*

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

2

3
I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 1, 2018, I

4
served true and correct copies of the foregoing document, by posting the document electronically

5
to the ECF website of the United States District Court for the Northern District of California, for

6
receipt electronically by the parties listed on the Court's Service List.

7
I affirm under penalty of perjury under the laws of the United States of America that the

8
foregoing is true and correct.  Executed on May 1, 2018, at Los Angeles, California.

9

10
                                        *s/ Lionel Z. Glancy*
                                        Lionel Z. Glancy

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:18-cv-01492-BLF Cohenmeyer v. Blackhawk Network Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Lesley F Portnoy**
  lportnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,bmurray@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)